**Order filed March 19, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00906-CV

———————

### RONALD DUNCAN, Appellant

### V.

### MEMORIAL HERMAN HOSPITAL SYSTEM, Appellee

**On Appeal from County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Court Cause No. 12-05-05767-CV**

## ORDER

Appellant's brief was originally due **October 29, 2012.** Two motions for extension of time have been granted. Appellant has filed a third motion, requesting an open extension. The motion is DENIED.

Unless appellant submits his brief to the clerk of this court on or before **April 18, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM